# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LINCOLN BENEFIT LIFE COMPANY** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **ROBERT BOWMAN** | : | **NO. 15-6697** |

## ORDER

**NOW**, this 20th day of October, 2016, upon consideration of the Defendant/Counter-Plaintiff Robert Bowman's Motion for Summary Judgment (Document No. 35) and the Plaintiff Lincoln Benefit Life Company's Cross-Motion for Summary Judgment (Document No. 37), the parties' respective responses, and after oral argument, it is **ORDERED** that the motions are **DENIED**.

       /s/Timothy J. Savage
       TIMOTHY J. SAVAGE,  J.